1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE MATTER OF THE
EXTRADITION OF:

RADU NEMES, and

DIANA NEMES

CASE NO. MJ-14-5067

DETENTION ORDER

15    Diana Nemes, through her counsel Martha Boersch, requested a bail hearing which was
16 conducted on March 20, 2014.  Present at the hearing were Radu Nemes, also represented by
17 Martha Boersch, Diana Nemes, a certified interpreter, Andrew Rabinovich, Neil Fox.  AUSA
18 Richard Cohen was present on behalf of the United States.
19    Radu Nemes did not request a bail hearing and he is ordered detained pending resolution
20 of this extradition matter.
21    With regard to Diana Nemes, the undersigned considered the briefs filed by counsel as
22 well as argument presented at the bail hearing.  The undersigned concluded, for reasons stated on
23 the record, that Diana Nemes is a flight risk and that she did not presented sufficient special
24

DETENTION ORDER- 1

...
...

circumstances to justify release on bail. Diana Nemes is therefore ordered detained pending resolution of this extradition matter.

DATED this 20th day of March, 2014.

Karen L. Strombom
United States Magistrate Judge